Takyto CAMPBELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59979.

Missouri Court of Appeals,
Western District.

Jan. 22, 2002.

Mark A. Grothoff, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Atty. Gen., Jefferson City, MO, Attorney for Respondent.

Before: SMART, P.J., LOWENSTEIN and ELLIS, J.J.

## ORDER

PER CURIAM.

Appellant Campbell appeals from the motion court's denial, after an evidentiary hearing, of his Rule 29.15 motion. Appellant had been convicted of one count of first-degree assault and one count of second-degree assault, and sentenced to consecutive terms of twenty and seven years. Appellant raises one point on appeal in which he claims the motion court clearly erred in denying his Rule 29.15 motion for post-conviction relief because, contrary to the findings of fact and conclusions of law, he received ineffective assistance of counsel due to counsel's failure to call two witnesses at trial. Affirmed. Rule 84.16(b).

■

Candy McDONALD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59667.

Missouri Court of Appeals,
Western District.

Jan. 22, 2002.

Jeannie M. Willibey, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Jefferson City, MO, Attorney for Respondent.

Before SMART, P.J., LOWENSTEIN and ELLIS, J.J.

## ORDER

PER CURIAM.

Candy McDonald was convicted of one count each of murder in the second-degree, § 565.021, RSMo 2000, and armed-criminal action, § 571.015. Under Rule 29.15, Appellant filed a motion for post-conviction relief asserting ineffective assistance of counsel for failure to properly cross-examine a State's witness, and failure to interview and call two other witnesses. The motion court denied Appellant's claims for post-conviction relief without an evidentiary hearing. Affirmed. Rule 84.16(b).